# United States District Court
# For The Western District of North Carolina
# Asheville Division

CLYDE RONALD LUMBARD,

       Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　1:11cv125

ALBERT K. KUHNE, M.D., Marion Correctional Institution,
(FNU) MEDFORD, Head Nurse, Marion Correctional Institution; PAULA SMITH, Head Physician, North Carolina Department of Corrections;
and NORTH CAROLINA DEPARTMENT OF CORRECTIONS,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2011 Order.

Signed: July 28, 2011

Frank G. Johns, Clerk
United States District Court